IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISH TECHNOLOGIES L.L.C. and SLING TV L.L.C.<br>　　　　　*Plaintiffs*,<br>　v.<br>BRITBOX, LLC<br>　　　　　*Defendant*. | C.A. No. 1:23-cv-08971-PAC<br><br>JURY TRIAL DEMANDED |

### [PROPOSED] STIPULATED STAY ORDER

Before the Court is the parties' Stipulated Motion to Stay Case. For good cause appearing, the Court GRANTS the motion and orders as follows:

1.　All proceedings in this case, including any pending deadlines, are stayed in light of pending institution decisions for *Inter-Partes reviews* due no later than September 6, 2024, specifically identified as the following: (1) IPR2024-00512; (2) IPR2024-00513; (3) IPR2024-00514; (4) IPR2024-00515; (5) IPR2024-00516; (6) IPR2024-00517; (7) IPR2024-00518; and (8) IPR2024-00519.

2.　The parties shall file a joint status report within 10 days of the last of these institution decisions for the *Inter-Partes reviews* to update the Court on developments regarding institution.

3.　If either party believes that the stay should continue, the moving party shall first meet and confer with the nonmoving party before filing a pre-motion letter with the Court.

4. The parties' stipulation to stay the case is without prejudice to either party's rights, claims, or defenses, and the stay shall not be construed as a waiver of any such rights, claims, or defenses or any admission as to the merits of DISH's underlying claims for patent infringement.

Plaintiffs' request for leave to file an amended complaint is **DENIED** without prejudice to renewal after September 6, 2024.

The Clerk of Court is respectfully directed to close the motions at Dkt. 52 and 53.

**SO ORDERED** this ___18___ day of _____June_____, 2024.

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**