UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
DISH TECHNOLOGIES L.L.C., et al.,                            :
                              Plaintiffs,  :
                                                             :  23 Civ. 8971 (LGS)
            -against-                                     :
                                                             :  ORDER
BRITBOX, LLC, et al.,                                        :
                            Defendants.  :
                                                             :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on August 26, 2024, the Court granted an extension of the stay in this case.

It is hereby

      **ORDERED** that Defendants' motion to dismiss and motion for oral argument are DENIED without prejudice to renewal when the stay is lifted.

      The Clerk of Court is respectfully directed to terminate the motions at Dkts. 46 and 50.

Dated: September 3, 2024
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE