UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
DISH TECHNOLOGIES L.L.C., et al.,                            :
                                    Plaintiffs,              :
                                                             :        23 Civ. 8971 (LGS)
                   -against-                                 :
                                                             :        ORDER
BRITBOX, LLC, et al.,                                        :
                                    Defendants.              :
                                                             :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 17, 2024, the Court granted an extension of the stay in this case.

WHEREAS, all proceedings and deadlines were stayed "until the last of the final written decisions for pending inter partes reviews before the Patent Trial and Appeal Board . . . due no later than November 21, 2025."  It is hereby

**ORDERED** that the parties shall file a joint status letter by **January 20, 2026**, providing an update on the status of the case.

Dated: January 13, 2026
       New York, New York

_____
        LORNA G. SCHOFIELD
     UNITED STATES DISTRICT JUDGE